**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Ste 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:  Case No. 19-00082-lmj13
Diana K. Muggli

**NOTICE OF CHANGE OF ADDRESS
CHECK ONLY ONE**

[ ] **Debtor's Change of Address**

[✔] **Creditor's Change of Address**

NAME: USAA Federal Savings Bank

OLD MAILING ADDRESS:

NEW MAILING ADDRESS: 2001 Western Ave., Suite 400

Seattle, WA 98121

Dated: 3/28/19

/s/SZM
Signature

REQUESTOR'S NAME: Samuel Z. Marks

ADDRESS: 4225 University Ave.

Des Moines, IA 50311

TELEPHONE NO.: 515-276-7211

**All future notices will be sent to the above address.**

NtcAddrChg.doc 7/13/10